CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 20 2006

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GREGORY A. MILTON,<br>    Petitioner, | Civil Action No. 7:06cv00023 |
| v. | **MEMORANDUM OPINION** |
| UNITED STATES OF AMERICA,<br>    Respondent. | By: Samuel G. Wilson<br>United States District Judge |

    Petitioner Gregory A. Milton brings this motion to correct his sentence pursuant to 28 U.S.C. § 2255 claiming his sentence is unconstitutional under United States v. Booker, 543 U.S. 220 (2005). Milton has previously filed a § 2255 motion regarding the same conviction and/or sentence. See Milton v. United States, 7:00cv00031 (W.D. Va. 2000). Thus, his current § 2255 motion is successive, and the court may only review it if the Fourth Circuit has authorized Milton to file a successive § 2255 motion. 28 U.S.C. § 2255. Milton does not allege that the Fourth Circuit has authorized him to file a successive motion. Accordingly, the court lacks jurisdiction to review Milton's motion and, therefore, dismisses it.[1]

    ENTER: This 20th day of January, 2006.

                                                        UNITED STATES DISTRICT JUDGE

---

[1] Moreover, the Supreme Court did not make Booker retroactive to cases on collateral review, meaning Milton may not raise a Booker claim in a § 2255 motion. See Booker, 125 S. Ct. at 769.